# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## TOLEDO DIVISION

In Re:                                        Case No. 19-31105-maw

Marquis Kimble, Sr.                           Chapter 13

Debtor.                                       Judge Mary Ann Whipple

---

## NOTICE OF APPEARANCE

---

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Northern District of Ohio, and enters an appearance on behalf of Home Point Financial Corporation ('Creditor'), in the above captioned proceedings.

Respectfully Submitted,

/s/ Molly Slutsky Simons

Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on April 22, 2019, a true and correct copy of this Notice was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Scott A. Ciolek, Debtor's Counsel
info@counselor.pro

Elizabeth A. Vaughn, Trustee
13ecfnotices@chapter13toledo.com

Office of the U.S. Trustee
(registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

Marquis Kimble, Sr., Debtor
2034 Austin Bluffs Court
Toledo, OH 43615

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Attorney for Creditor